IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALDA R. HUNTER | : | CIVIL ACTION |
| | : | |
| v. | : | : |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 09-108 |
| Commissioner of Social Security | : | |

**ORDER**

AND NOW, this 22nd day of August, 2011, upon independent review of plaintiff's brief and statement of issues in support of request for review (Doc. No. 8), defendant's response thereto (Doc. No. 9), and after careful and independent consideration of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 11), defendant's objections (Doc. No. 12), and plaintiff's response thereto (Doc. No. 13), and having found that the record reveals that the Commissioner applied the correct legal standards and that the record as a whole contains substantial evidence to support the ALJ's findings of fact and conclusions of law, for the reasons set forth in the memorandum above, I hereby **ORDER** that:

1. Defendant's objections to the Report and Recommendation are **SUSTAINED.**

2. **JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** and the relief sought by plaintiff is **DENIED**.

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., Sr. J